AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_____ District of ___Idaho___

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 1:21-cr-00324-DCN |
| Keith Allen McClary | ) | |
| | ) | USM No: 79501-509 |
| Date of Original Judgment: 3/28/2023 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Randall Barnum |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___03/28/2023___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 09/30/2024

*Judge's signature*

Effective Date: _____

David C. Nye, Chief U.S. District Court Judge
*(if different from order date)*   *Printed name and title*